THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-626-FL

| | |
|---|---|
| RONNIE STEWARD,<br><br>   Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA, LLC,<br><br>   Defendant. | **CONSENT ORDER ON DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

This matter is before the Court on the Motion of Defendant Domino's Pizza LLC, to Dismiss and to Compel Arbitration and Stay Proceedings (the "Motion," Doc. 5); and the Court noting that counsel for Plaintiff has consented to the entry of an Order staying this action and compelling the arbitration of Plaintiff's claims against Defendant as set forth in the Complaint (Doc. 1-1); and the Court, having considered the Motion and the pleadings, filings, and positions of counsel in this matter, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.*, the parties shall arbitrate any disputes brought by Plaintiff against Defendant pursuant to the terms of the arbitration agreement between them (Doc. 5-1, Ex. A), and that pursuant to Section 3 of the FAA, this civil action be stayed pending the outcome of arbitration.

This the 30th day of September, 2013.

_/s/ Louis W. Flanagan_
The Honorable Louis Wood Flanagan
District Court Judge Presiding

WE CONSENT:

/s/ George Ligon, Jr.
George Ligon, Jr.
Law Offices of George Ligon, Jr.
P.O. Box 1106
Raleigh, NC 27602
Telephone: (919) 833-7992
Fax: (919) 833-9381
E-mail: gligonjr@bellsouth.net
N.C. State Bar No. 7856
Attorney for Plaintiff


/s/ C. Grainger Pierce, Jr.
C. Grainger Pierce, Jr.
Nexsen Pruet, PLLC
227 West Trade Street, Suite 1550
Charlotte, NC 28202
Telephone: (704) 338-5321
Fax: (704) 805-4712
E-mail: gpierce@nexsenpruet.com
N.C. State Bar No. 27305
Attorney for Defendant